**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| MYLES GARCIA, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>DISNEY DTC LLC., a Delaware Limited Liability Company; and DOES 1-100, inclusive,<br><br>Defendants. | Case No. 4:26-cv-05659-HSG<br><br>**ORDER GRANTING STIPULATION TO EXTEND RESPONSE DEADLINE PURSUANT TO LOCAL RULE 6-1(A)** |

The Court, having considered the Parties' Stipulation to extend the time for Defendant Disney DTC LLC ("Defendant") to respond to Plaintiff Myles Garcia's ("Plaintiff") Complaint by 14 days, from August 3, 2026, up to and including August 17, 2026 (the "Stipulation"), and good cause appearing therefor, hereby orders as follows:

1. The time for Defendant to respond to Plaintiff's Complaint is hereby extended up to and including August 17, 2026.

IT IS SO ORDERED.

Dated: 7/24/2026

Haywood S. Gilliam, Jr.

Hon. Haywood S. Gilliam, Jr.