**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| MYLES GARCIA, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br>v.<br>DISNEY DTC LLC., a Delaware Limited Liability Company; and DOES 1-100, inclusive,<br><br>Defendants. | Case No. 4:26-cv-05659-HSG<br><br>**ORDER GRANTING STIPULATION TO CONTINUE CASE MANAGEMENT CONFERENCE (as modified)** |

The Court, having considered the Parties' Stipulation to continue the Case Management Conference by thirty-five (35) days, from September 15, 2026, up to and including October 20, 2026, (the "Stipulation"), and good cause appearing therefor, hereby orders as follows:

1. The Case Management Conference shall take place via zoom on October 20, 2026 at 2:00 pm PT. The zoom information and instructions remain the same as previously provided in docket no. 14.

2. The Parties shall file their Case Management Statement on or before October 13, 2026.

IT IS SO ORDERED.

Dated: 8/21/2026

Hon. Haywood S. Gilliam, Jr.